Richard K. Walker, Esquire (SBN 004159)
Robert L. Dysart, Esquire (SBN 01850)
**WALKER & PESKIND, PLLC**
SGA Corporate Center
16100 N. 71st Street, Suite 140
Scottsdale, Arizona 85254
rkw@azlawpartner.com
rld@azlawpartner.com
Phone:  (480) 483-6336
Facsimile:  (480) 483-6337

*Attorneys for Plaintiff Food Services of America, Inc.*

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| FOOD SERVICES OF AMERICA, INC. an Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>PAUL CARRINGTON; ELBA RUBIO; JOHN DOES I-V; JANE DOES I-V; BLACK CORPORATIONS I-V; WHITE PARTNERSHIPS I-V; AND GREEN LIMITED LIABILITY COMPANIES I-V.<br><br>Defendants. | Case No.: 2:12-CV-00175-GMS<br><br>**NOTICE OF SERIVCE OF TEMPORARY RESTRAINING ORDER**<br><br>**(Jury Trial Demanded)** |

PLEASE TAKE NOTICE that on January 26, 2012, Plaintiff, FOOD SERVICES OF AMERICA, INC, a Delaware corporation (hereinafter "Plaintiff"), caused the Order issued by this Court setting the date for hearing on Plaintiff's Application for Temporary Restraining Order, and further setting the deadline for filing a response to the aforementioned application, to be served on Defendants Paul Carrington and Elba Rubio.

DATED this 27th day of January, 2012.

WALKER & PESKIND, PLLC


/s/ Robert L. Dysart
Richard K. Walker, Esquire
Robert L. Dysart, Esquire
SGA Corporate Center
16100 N. 71st Street, Suite 140
Scottsdale, AZ 85254
Attorneys for Plaintiff

WALKER & PESKIND, PLLC
Attorneys and Counselors
16100 N. 71st Street, Suite 140
Scottsdale, AZ 85254
Telephone: (480) 483-6336